# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | *10-2175 M* |
| Courtney Tiko Tremaine Byrd | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| DEFENDANT(S). | |

Upon motion of _____ deft _____, IT IS ORDERED that a detention hearing
is set for ___ Detn Hrg + F|P ___, 9|3|10 ___, at __3:00__ ☐a.m. / ☒p.m. before the
Honorable ___ Ralph Zarefsky ___, in Courtroom __341 - Roybal__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.

_____
*(Other custodial officer)*

Dated: ___ 9/1/10 ___

_____
U.S. District Judge/Magistrate Judge

CR-66 (10/97)                                                                 Page 1 of 1